AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusets__

Cubist Pharmaceuticals, Inc.

V.

KBACE Technology, Inc.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

## 04-11313 RCL

TO: (Name and address of Defendant)

KBACE Technology, Inc.
c/o Robert R. Deleault, Registered Agent for Service of Process
Mesmer & Deleault, PLLC
41 Brook Street
Manchester, NH 03104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christine K. Bush, Esq.
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, Rhode Island  02903

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK



DATE  6-14-04

AFFIDAVIT OF SERVICE

STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS                                                06/16/2004

   I, SERGEANT WILLIAM M BARRY, BEING FIRST DULY SWORN, DEPOSE AND SAY THAT I AM A DULY APPOINTED AND QUALIFIED DEPUTY SHERIFF IN AND FOR SAID COUNTY OF HILLSBOROUGH, AND THAT I AM AUTHORIZED TO SERVE CIVIL PROCESS BY THE LAW OF THE STATE OF NEW HAMPSHIRE THAT ON 06/16/2004, I MADE SERVICE OF THE SUMMONS IN A CIVIL ACTION UPON THE WITHIN NAMED DEFENDANT KBACE TECHNOLOGY, INC. BY GIVING IN HAND TO ROBERT R DELEAULT, AGENT BEING AT 41 BROOK ST., MANCHESTER, NH, IN SAID COUNTY, A COPY OF SAID DOCUMENTS AT 11:20 AM.

                                        _____
                                              SERGEANT WILLIAM M BARRY

STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS

   SUBSCRIBED AND SWORN TO, BEFORE ME, ON 06/17/2004.

                              _____
                                       NOTARY PUBLIC
                              NORMA J. TRAFFIE, Notary Public
                              My Commission Expires April 26, 2005