UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11313-RCL

CUBIST PHARMACEUTICALS, INC.
    Plaintiff

v.

KBACE TECHNOLOGY, INC.,
    Defendant

### MOTION OF DEFENDANT, KBACE TECHNOLOGY, INC. TO ENLARGE TIME TO RESPOND TO COMPLAINT (ASSENTED-TO)

Defendant, Kbace Technology, Inc. moves the Court for an enlargement of time to serve its Response to the Complaint in this matter until July 16, 2004..

The plaintiff, through counsel, has assented to this motion.

RESPECTFULLY SUBMITTED,
DEFENDANT, KBACE TECHNOLOGY, INC.
By its Attorney,

Richard J. Riley, BBO#420610
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA 02111
(617) 423-3700

DATED: JULY 7, 2004

### CERTIFICATE OF SERVICE

I Hereby Certify That On This Day A True Copy Of The Within Document Was Served Upon The Attorney Of Record For Each Party By Mail/Hand
Dated: 7/7/04