UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CUBIST PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KBACE TECHNOLOGY, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 04-11313 RCL |

## CUBIST PHARMACEUTICALS, INC.'S ANSWER TO KBACE TECHNOLOGIES, INC.'S AMENDED COUNTERCLAIM

Plaintiff/Counterclaim defendant, Cubist Pharmaceuticals, Inc. ("Cubist"), hereby responds to the Amended Counterclaim of defendant/Counterclaim plaintiff, KBACE Technologies, Inc. ("KBACE"), as follows:

1. Cubist lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 and therefore denies same.

2. Cubist admits the allegations contained in paragraph 2.

3. Cubist admits only that the allegations contained in the Complaint filed in this action speak for themselves. To the extent the allegations contained in paragraph 3 differ from the allegations contained in the Complaint, Cubist denies same.

4. Cubist admits the allegations contained in paragraph 4.

5. Cubist denies the allegations contained in paragraph 5.

6. Cubist denies the allegations contained in paragraph 6.

7. Cubist denies the allegations contained in paragraph 7.

8. Cubist denies the allegations contained in paragraph 8.

- 2 -

9. Cubist denies the allegations contained in paragraph 9.

10. Cubist denies the allegations contained in paragraph 10.

11. Cubist denies the allegations contained in paragraph 11.

12. Cubist denies the allegations contained in paragraph 12.

13. Cubist denies the allegations contained in paragraph 13.

14. Cubist denies the allegations contained in paragraph 14.

15. Cubist denies the allegations contained in paragraph 15.

## COUNT I
### (Breach of Contract)

16. Cubist incorporates by reference its responses to paragraphs 1 through 15 as if fully set forth herein.

17. Cubist denies the allegations contained in paragraph 17.

Cubist denies that KBACE is entitled to the relief set forth in the Wherefore clause following paragraph 17 of the Amended Counterclaim.

## COUNT II
### (Breach of Implied Covenant of Good Faith and Fair Dealing)

18. Cubist incorporates by reference its responses to paragraphs 1 through 17 as if fully set forth herein.

19. Cubist denies the allegations contained in paragraph 19.

Cubist denies that KBACE is entitled to the relief set forth in the Wherefore clause following paragraph 19 of the Amended Counterclaim.

## COUNT III
### (Violation of M.G.L. c.93A)

20. Cubist incorporates by reference its responses to paragraphs 1 through 19 as if fully set forth herein.

21. Cubist denies the allegations contained in paragraph 21.

Cubist denies that KBACE is entitled to the relief set forth in the Wherefore clause following paragraph 21 of the Amended Counterclaim.

## AFFIRMATIVE DEFENSES AND OTHER DEFENSES

### FIRST AFFIRMATIVE DEFENSE

KBACE's Amended Counterclaim fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

KBACE's Amended Counterclaim is barred by the doctrines of estoppel and unclean hands. Among other things, any harm KBACE allegedly suffered resulted from its own actions or inactions and KBACE failed to comply with the operative agreement between the parties.

### THIRD AFFIRMATIVE DEFENSE

KBACE's Amended Counterclaim is barred by the doctrine of waiver.

### FOURTH AFFIRMATIVE DEFENSE

KBACE's Amended Counterclaim is barred because KBACE failed to mitigate the damages, if any, which it alleges it suffered.

**CUBIST DEMANDS A TRIAL BY JURY ON ALL COUNTS OF THE COUNTERCLAIM SO TRIABLE.**

CUBIST PHARMACEUTICALS, INC.

By its attorneys,

_____
Christine K. Bush (BBO#635381)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Telephone 401-455-0700
Facsimile 401-455-0701

Of Counsel:
Timothy J. Douros (BBO# 630638)
William D. DeVaul (BBO# 633897
Cubist Pharmaceuticals, Inc.
65 Hayden Avenue
Lexington, Massachusetts 02421
Telephone 781-860-8660

Dated: August __, 2004

## CERTIFICATION

TO:

    Richard J. Riley, Esq.
    MURPHY & RILEY, P.C.
    141 Tremont Street
    Boston, MA 02111

    I hereby certify that I caused a true copy of the within *Answer to Amended Counterclaim* to be forwarded via facsimile and First Class Mail to the above-named counsel of record on the ___ day of August, 2004.

H:\Clients\Cubist\KBACE\Pleadings\Answer Amended Counterclaim.doc