UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CUBIST PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>KBACE TECHNOLOGY, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 04-11313 RCL |

## ASSENTED-TO MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff, Cubist Pharmaceuticals, Inc. ("Cubist"), respectfully requests that the Court continue the Scheduling Conference currently set for September 23, 2004 to September 28, 2004 or until such date as is convenient for the Court. Cubist's counsel is unavailable on September 23, 2004 because of a previously scheduled <u>Markman</u> evidentiary hearing before the Honorable Judge Griesbach in the United States District Court for the Eastern District of Wisconsin.

Counsel for both parties have conferred and counsel to KBACE Technologies, Inc. assents to this Motion.

Respectfully submitted,

CUBIST PHARMACEUTICALS, INC.

By its attorneys,

_____
Christine K. Bush (BBO#635381)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Telephone 401-455-0700

Of Counsel:
Timothy J. Douros (BBO# 630638)
William D. DeVaul (BBO# 633897
Cubist Pharmaceuticals, Inc.
65 Hayden Avenue
Lexington, Massachusetts 02421
Telephone 781-860-8660

Dated: August __, 2004

## **CERTIFICATION**

TO:

Richard J. Riley, Esq.
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA  02111

I hereby certify that I caused a true copy of the within *Assented-To Motion to Continue Scheduling Conference* to be mailed to the above-named counsel of record on the __20__ day of August, 2004.

*Theresa Benson* (signature)

*Cubist/KBACE/Pleadings/Assented Motion Continue*