UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CUBIST PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KBACE TECHNOLOGY, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-11313 RCL |

## CERTIFICATION AND REPORT OF INITIAL ATTORNEYS' CONFERENCE

1) <u>Certification of Conference</u>.

Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on August 9, 2004 by telephone and was conducted by the undersigned counsel representing the designated parties in the above-captioned case.

2) <u>Discovery Plan and Disclosures</u>

    a) <u>Pre-Discovery Disclosures</u>.

The information required by Federal Rules of Civil Procedure 26(a)(1) will be exchanged as required by Fed. R. Civ. P. 26(a)(1)(E).

    b) <u>Detailed Discovery Plan</u>.

The parties jointly propose to the Court the following discovery plan:

        (i) Six months of fact discovery, that is, fact discovery will close on February 28, 2005.

(ii) Discovery limits. Both parties anticipate that they may need more than the 10 depositions permitted pursuant to Fed. R. Civ. P. 30(a)(2)(A) and propose that each be permitted up to 15 depositions.

c) Dispositive Motions.

The parties jointly propose that dispositive motions be filed on or before April 30, 2005.

Respectfully submitted this 23rd day of August, 2004.

CUBIST PHARMACEUTICALS, INC.

By its attorneys,

_____
Christine K. Bush (BBO#635381)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Telephone 401-455-0700

Of Counsel:
Timothy J. Douros (BBO# 630638)
William D. DeVaul (BBO# 633897)
Cubist Pharmaceuticals, Inc.
65 Hayden Avenue
Lexington, Massachusetts 02421
Telephone 781-860-8660

KBACE TECHNOLOGIES, INC.,

By its attorneys,

_____
Richard J. Riley, Esq.
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA 02111
Telephone: 617-423-3700
Fax: 617-423-1010