08/25/04
Sky

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CUBIST PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KBACE TECHNOLOGY, INC. <br><br> Defendant. | Civil Action No. 04-11313 RCL |

### PLAINTIFF, CUBIST PHARMACEUTICALS, INC.'S INITIAL DISCLOSURES

Plaintiff, Cubist Pharmaceuticals, Inc. ("Cubist"), by its attorneys, as and for its Rule 26(a)(1) disclosures, states as follows:

1. Pursuant to Fed.R.Civ.P. 26(a)(1)(A), the names and addresses of the individuals likely to have discoverable information that Cubist may use to support its claims, including the subject of that information, as indicated in the parenthetical following each name, include:

    A. **Cubist Employees**

| | |
|---|---|
| Alyssa Artiano | (KBACE's performance/failure to perform per the Agreement) |
| Lisa Dickey | (KBACE's representations, KBACE's performance/failure to perform per the Agreement) |
| John Farrell | (Discussions with KBACE, KBACE's representations, KBACE's performance/failure to perform per the Agreement) |
| Dave Kimball | (KBACE's performance/failure to perform per the Agreement) |
| Jennifer McNabb | (KBACE's performance/failure to perform per the Agreement) |
| Anthony Murabito | (Discussions with KBACE, KBACE's performance/failure to perform per the Agreement) |
| Maureen Powers | (KBACE's performance/failure to perform per the Agreement) |
| Kelly Schmitz | (Discussions with KBACE patch levels, KBACE representations, KBACE's performance/failure to perform per the Agreement) |
| Sheila Walsh | (KBACE's performance/failure to perform per the Agreement) |

1




Each of the above-referenced individuals may be contacted through Cubist's counsel, Duffy, Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, Rhode Island 02903.

### B. KBACE Employees

| | |
|---|---|
| Michael Peterson | (Discussions with Cubist, KBACE's representations, KBACE's performance/failure to perform per the Agreement) |
| Bruce Weeks | (KBACE's performance/failure to perform per the Agreement) |
| Neal Kimball | (KBACE's performance/failure to perform per the Agreement) |
| Harsh Mirchandandi | (KBACE's performance/failure to perform per the Agreement) |
| Luce Paterson | (KBACE's performance/failure to perform per the Agreement) |
| Debbie Hirbour | (KBACE's performance/failure to perform per the Agreement) |
| Dina Macchia | (KBACE's performance/failure to perform per the Agreement) |
| Henry Kryszpin | (KBACE's performance/failure to perform per the Agreement) |
| David Zajac | (KBACE's performance/failure to perform per the Agreement) |

Upon information and belief, each of the above-referenced individuals has a business address of KBACE Technologies, Inc., 6 Trafalgar Square, Nashua, New Hampshire 03063.

### C. Oracle Corporation Employees

| | |
|---|---|
| Ed Kirwan | (KBACE's performance/failure to perform per the Agreement) |
| Prinya Pinyochan | (KBACE's performance/failure to perform per the Agreement) |
| Sean Reynolds | (KBACE's performance/failure to perform per the Agreement) |
| Bin Zhu | (KBACE's performance/failure to perform per the Agreement) |

Upon information and belief, each of the above-referenced individuals has a business address of Oracle Corporation, 500 Oracle Parkway, Redwood Shores, California 94065.

D. **The Wilmark Group Employees**

Srikanth Chanda        (KBACE's performance/failure to perform per the Agreement)

Upon information and belief, Ms. Chanda has a business address of The Wilmark Group, 20 William Street, Wellesley, Massachusetts 02481.

2.    Pursuant to Fed.R.Civ.P. 26(a)(1)(B), the documents, data compilations and tangible things in plaintiff's possession, custody or control and that Cubist may use to support its claims include documents relating to:

A.    Invoices/Records of Payment

B.    Master Service Agreement

C.    Statements of Work

D.    Results from Cubist System Tests

E.    Oracle's Report on KBACE's Progress

F.    Screen Shots of KBACE Website

G.    Correspondence between the parties

H.    Documents, notes and memoranda concerning KBACE performance/failure to perform

I.    Federal Trademark Registration No. 2,125,875

All documents identified herein are all located at the offices of Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, Rhode Island 02903.

3.    Pursuant to Fed.R.Civ.P. 26(a)(1)(C), plaintiff has not completed its damage calculations. Plaintiff will supplement this response pursuant to Rule 26(e). Documents or

3

other evidentiary materials, not privileged or protected from disclosure, evidencing plaintiff's damages thus far, which include, without limitation, the sums it paid KBACE, sums it paid or will pay to complete the project KBACE was contractually obligated to perform, sums it paid Oracle to assess the amount of work necessary to complete the work KBACE was contractually obligated to perform, Cubist expenses, and attorneys' fees and costs, are available for inspection and copying at the offices of Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, Rhode Island 02903.

4. There are no insurance agreements pursuant to Fed.R.Civ.P. 26(a)(1)(D).

_____
Christine K. Bush, Esq.
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701(Facsimile)

Attorneys for Plaintiff
Cubist Pharmaceuticals, Inc.

Of Counsel:
Timothy J. Douros (BBO# 630638)
William D. DeVaul (BBO# 633897
Cubist Pharmaceuticals, Inc.
65 Hayden Avenue
Lexington, Massachusetts 02421
Telephone 781-860-8660

Dated: August __, 2004

## **CERTIFICATION**

TO:
Richard J. Riley, Esq.
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA  02111

    I hereby certify that I caused a true copy of the within *Initial Disclosures* to be forwarded via facsimile and First Class Mail to the above-named counsel of record on the ____ day of August, 2004.

*[signature]*