**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE
2004 OCT 14  A 11: 23
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| CUBIST PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11313 RCL |
| KBACE TECHNOLOGY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT SCHEDULING CONFERENCE STATEMENT

Pursuant to the July 20, 2004 Order of this Court, and in advance of the October 20, 2004 Scheduling Conference, plaintiff, Cubist Pharmaceuticals, Inc. ("Cubist"), and defendant, KBACE Technologies, Inc. ("KBACE"), respectfully submit this case management proposal and proposed pretrial schedule.

1)    Proposed Agenda for Scheduling Conference

The parties agree that the principal items on the agenda for the Scheduling Conference should include (i) appropriate deadlines for discovery, (ii) whether the Court should modify Local Rule 26(c) limits on the number of depositions, (iii) scheduling of dispositive motions, and (iv) setting a trial date.

2)    Concise Statement of Positions Asserted by the Parties

Cubist brought its complaint against KBACE for breach of contract, unjust enrichment, negligent misrepresentation, violation of the Lanham Act (15 U.S.C. § 1114 and 1125), and violation of M.G.L. ch. 93A in connection with an agreement pursuant to which KBACE was required to provide certain services and also agreed to indemnify Cubist from all losses, costs,

expenses, and damages, including reasonable attorneys' fees, incurred by Cubist arising from KBACE's breach of any representation, warranty, or obligation under the agreement. Cubist asserts that KBACE, among other things, breached its obligations under the agreement. The Lanham Act claims concern KBACE's unauthorized use of Cubist's trademark. Though its damage calculations are not complete, Cubist seeks to recover the sums it paid KBACE, sums it paid or will pay to complete the project KBACE was contractually obligated to perform, sums it paid Oracle to assess the amount of work necessary to complete the work KBACE was contractually obligated to perform, Cubist expenses, and attorneys' fees and costs.

KBACE filed an answer denying all allegations. KBACE also filed a counterclaim for breach of contract, breach of the implied covenant of good faith and fair dealing, and violation of M.G.L. ch. 93A in connection with Cubist's performance under the agreement. KBACE seeks to recover sums Cubist failed to pay it. Cubist filed an answer to the counterclaim denying all allegations.

3)      Discovery Plan and Disclosures

As set forth in the Certification and Report of Initial Attorneys' Conference previously filed with the Court, plaintiff proposes six months of fact discovery, that is, fact discovery will close on February 28, 2005.

Defendant proposes nine months of fact discovery, that is, fact discovery will close on May 31, 2005.

Both parties anticipate that they may need more than the 10 depositions permitted pursuant to Fed. R. Civ. P. 30(a)(2)(A) and propose that each be permitted up to 15 depositions.

The parties do not feel that phased discovery is desirable.

4)    Proposed Schedule for Dispositive Motions

As set forth in the Certification and Report of Initial Attorneys' Conference previously filed with the Court, plaintiff proposes that dispositive motions be filed on or before April 29, 2005.

Defendant proposes that dispositive motions be filed on or before July 29, 2005.

5)    Certification under Local Rule 16.1(D)(3)

Attached.


Respectfully submitted this 13th day of October, 2004.

CUBIST PHARMACEUTICALS, INC.

By its attorneys,


Christine K. Bush (BBO#635381)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Telephone 401-455-0700

Of Counsel:
Timothy J. Douros (BBO# 630638)
William D. DeVaul (BBO# 633897)
Cubist Pharmaceuticals, Inc.
65 Hayden Avenue
Lexington, Massachusetts 02421
Telephone 781-860-8660

KBACE TECHNOLOGIES, INC.,

By its attorneys,

Richard J. Riley, Esq.
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA 02111
Telephone: 617-423-3700
Fax: 617-423-1010

H:\Clients\Cubist\KBACE\Pleadings\Joint Scheduling Conference Statement.doc

4