UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
CUBIST PHARMACEUTICALS, INC.,   )
                                )
              Plaintiff,        )
                                )
         v.                     )
                                )   Civil Action No. 04-11313 RCL
KBACE TECHNOLOGY, INC.          )
                                )
              Defendant.        )
                                )
```

## PLAINTIFF'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Plaintiff, Cubist Pharmaceuticals, Inc., and its undersigned representatives hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and (b) to consider a resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Timothy J. Douros (BBO# 630638)
Associate General Counsel
Cubist Pharmaceuticals, Inc.
65 Hayden Avenue
Lexington, MA 02421
Telephone 781-860-8660

_____
Christine K. Bush (BBO# 635381)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Telephone 401-455-0700

Attorneys for Plaintiff

October 13, 2004

H:\Clients\Cubist\KBACE\Pleadings\Rule 16.1 Certification.doc