UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:
04-11313-RCL

FILED
US DISTRICT COURT
2004 OCT 20 P 2:33
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CUBIST PHARMACEUTICALS, INC. | ) |
| Plaintiff | ) |
| v. | ) |
| KBACE TECHNOLOGY, INC., | ) |
| Defendant | ) |
| | ) |

## NOTICE OF APPEARANCE

Please notice the appearance of William P. Mekrut on behalf of the Defendant, KBACE Technology, Inc., in the above-captioned matter.

Respectfully submitted,

KBACE TECHNOLOGY, INC.

By its Attorneys,

_____
Richard J. Riley, BBO#420610
William P. Mekrut, BBO # 654350
Murphy & Riley, P.C.
141 Tremont Street, 11th Floor
Boston, MA 02111
(617) 423-3700

DATED: October 20, 2004

### CERTIFICATE OF SERVICE

I Hereby Certify That On This Day A True Copy Of The Within Document Was Served Upon The Attorney Of Record For Each Party By Mail/Hand
Dated: 10/20/04