UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:
04-11313-RCL

CUBIST PHARMACEUTICALS, INC.

Plaintiff/Defendant-in-Counterclaim

v.

KBACE TECHNOLOGY, INC.,

Defendant/Plaintiff-in-Counterclaim

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant / Plaintiff in Counterclaim KBACE Technologies, Inc., hereby states that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted by,

KBACE Technologies, Inc.
By its Attorney,

Richard J. Riley, BBO#420610
William P. Mekrut, BBO#654350
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA 02111
(617) 423-3700

DATED: October 20, 2004

### CERTIFICATE OF SERVICE

I Hereby Certify That On This Day A True Copy Of The Within Document Was Served Upon The Attorney Of Record For Each Party By Mail/Hand

Dated: 10/20/04