FILED

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

2004 OCT 20  P 2: 33

CIVIL ACTION NO.:

U.S. DISTRICT COURT 04-11313-RCL
DISTRICT OF MASS.

| | |
|---|---|
| CUBIST PHARMACEUTICALS, INC. | ) |
| Plaintiff | ) |
| v. | ) |
| KBACE TECHNOLOGY, INC., | ) |
| Defendant | ) |
| | ) |

**LOCAL RULE 16.1(D)(3) CERTIFICATION OF DEFENDANT,
<u>KBACE TECHNOLOGY, INC.</u>**

It is hereby certified pursuant to L.R. 16.1(D)(3) that counsel for the defendant, KBACE Technologies, Inc. ("KBACE") and an authorized representative of KBACE have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

KBACE TECHNOLOGY, INC.
By its Attorneys,

_____
Richard J. Riley (BBO # 363760)
MURPHY & RILEY, P.C.
141 Tremont St.
Boston, MA 02111
(617) 423-3700

_____
Michael Peterson
President and Chief Operating Officer
KBACE Technology, Inc.

<u>CERTIFICATE OF SERVICE</u>

I Hereby Certify That On This Day
A True Copy Of The Within Document
Was Served Upon The Attorney Of
Record For Each Party By Mail/Hand
Dated: 10/20/04