UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS



FILED
CLERKS OFFICE

2005 FEB 24 P 1: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

## PETITION TO BE EXCUSED FROM COURT ATTENDANCE

Now comes Christine K. Bush, BBO # 635381, Attorney of the Commonwealth of Massachusetts, and petitions this Court for permission to be excused from the court calendar from April 22, 2005, through and including May 2, 2005.

For grounds, Petitioner states that she will be on vacation during that period.

Petitioner has the following case pending in the District Court:

**Cubist Pharmaceuticals, Inc. v. KBACE Technology, Inc., C.A. No. 04-11313 RCL**

Opposing Counsel:
Richard J. Riley, Esq.
Murphy & Riley, P.C.
141 Tremont Street
Boston, MA  02111

_____
Christine K. Bush, Esq.  (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Fax)

Dated: February 18, 2005

2

## CERTIFICATE OF SERVICE

I hereby certify that on this ___21___ day of February, 2005, I caused to be served by regular mail a copy of the within *Petition to be Excused from Court Attendance* to the attorney of record, as listed above.

*Theresa Benson*

*Ahern/Court Excusals/Clerk(USDC Mass)Court Excusal Apr 2005).doc*

2