UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CUBIST PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>KBACE TECHNOLOGY, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 04-11313 RCL |

### NOTICE OF FILING OF OFFER OF JUDGMENT
### AND ACCEPTANCE THEREOF PURSUANT TO FED.R.CIV.P. 68

Pursuant to Fed.R.Civ.P. 68, plaintiff, Cubist Pharmaceuticals, Inc. ("Cubist"), hereby provides notice of filing of defendant, KBACE Technologies, Inc.'s, May 6, 2005 Offer of Judgment (Exhibit 1) and Cubist's May 9, 2005 Acceptance of Offer of Judgment (Exhibit 2).

CUBIST PHARMACEUTICALS, INC.
By its Attorneys,

_____
Christine K. Bush, Esq. BBO # 635381
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701(Facsimile)

Dated: May 9, 2005

## **CERTIFICATION**

TO:

    Richard J. Riley, Esq.
    MURPHY & RILEY, P.C.
    141 Tremont Street
    Boston, MA  02111

    I hereby certify that I caused a true copy of the within *Notice of Filing of Offer of Judgment and Acceptance Thereof, with Exhibits* to be forwarded to the above-named counsel of record via Facsimile and First Class Mail on the __9__ day of May, 2005.

                                                                             /s/ Theresa Benson

H:\Clients\Cubist\KBACE\Pleadings\Notice of Filing Offer of Judgment.doc