UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11313-RCL

CUBIST PHARMACEUTICALS, INC.
    Plaintiff/Defendant-in-Counterclaim

v.

KBACE TECHNOLOGY, INC.,
    Defendant/Plaintiff-in-Counterclaim

## OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Pursuant to the provisions of Fed. R. Civ. P. 68, Defendant/Plaintiff-in-Counterclaim, KBACE Technology, Inc., offers to pay a total of Two Hundred Twenty Four Thousand Dollars ($224,000.00) to the plaintiff on the following terms:

1)     Judgment shall enter in the action dismissing all claims in this action, including plaintiff's claims and defendant's counterclaims, with prejudice;

2)     A general, mutual release of all claims shall be executed by the parties relative to all claims in this action.

DEFENDANT/PLAINTIFF IN COUNTERCLAIM
KBACE TECHOLOGY, INC.,
By its attorneys,

_____
Richard J. Riley, BBO #429610
William P. Mekrut, BBO #654350
MURPHY & RILEY, P.C.
141 Tremont Street, 11th Floor
Boston, MA 02111
(617) 423-3700

Dated: