**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| CUBIST PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11313 RCL |
| KBACE TECHNOLOGY, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF**
**OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

Pursuant to Fed.R.Civ.P. 68, plaintiff, Cubist Pharmaceuticals, Inc., hereby provides

notice that it **accepts** defendant, KBACE Technologies, Inc.'s, May 6, 2005 Offer of Judgment.

CUBIST PHARMACEUTICALS, INC.
By its Attorneys,

Christine K. Bush, Esq. BBO # 635381
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI  02903
(401) 455-0700
(401) 455-0701(Facsimile)

Dated:  May ___, 2005