UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CUBIST PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>KBACE TECHNOLOGY, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 04-11313 RCL |

### PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68

Pursuant to Fed.R.Civ.P. 68, plaintiff, Cubist Pharmaceuticals, Inc., hereby provides notice that it **accepts** defendant, KBACE Technologies, Inc.'s, May 6, 2005 Offer of Judgment.

CUBIST PHARMACEUTICALS, INC.
By its Attorneys,

*[signature]*
Christine K. Bush, Esq. BBO # 635381
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701(Facsimile)

Dated: May 9, 2005