UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CUBIST PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>KBACE TECHNOLOGY, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 04-11313 RCL |

## JUDGMENT

Final judgment is hereby entered as follows:

1) Defendant, KBACE Technology, Inc. shall pay Two Hundred Twenty Four Thousand ($224,000) Dollars to Plaintiff, Cubist Pharmaceuticals, Inc.

2) The parties shall further execute a general mutual release relative to all claims in this action.

3) Upon fulfillment of the obligations set forth in the foregoing paragraphs, all claims in this action shall be dismissed with prejudice, including plaintiff's claims and defendant's counterclaims.

ENTERED as an Order of the Court this 20th day of May, 2005.

ENTER:

Reginald C. Lindsay
Lindsay, J.

By: Lisa M Hourihan
Deputy Clerk

Submitted By:

CUBIST PHARMACEUTICALS, INC.

By its attorneys

_____
Christine K. Bush (BBO#635381)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Telephone 401-455-0700
Fax 401-455-0701

KBACE TECHNOLOGIES, INC.,

By its attorneys,

_____
Richard J. Riley, Esq. (BBO#420610)
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA 02111
Telephone: 617-423-3700
Fax: 617-423-1010